1058

No. 98–6614.  SPERRY *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 98–6622.  COLLIE *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–6705.  KELLER *v.* LINDSEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–6710.  MOTTE *v.* UNITED STATES FEDERAL PAROLE OFFICERS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–6731.  COLEMAN *v.* CALDERON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98–6732.  COOKS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–6749.  MAZZELL *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 98–6761.  MAYBERRY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–6762.  MANTILLA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 98–6765.  PERRY *v.* BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 98–6770.  HUTCHINS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–6777.  BRAZIEL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–6782.  MENDOZA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–6789.  MOSER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–6790.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.